UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EASHWAR ASHMID and BESHAM STANDISH,

                              Plaintiff,

        -against-

**NOTICE OF APPEARANCE**

16 Civ. 4276 (WHP) (DF)

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Peter J. Fogarty**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Cater, attorney for defendant City of New York.  All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:  New York, New York
          June 22, 2016

                                          ZACHARY W. CARTER
                                          Corporation Counsel of the City of
                                            New York
                                          *Attorney for Defendant City of New York*
                                          100 Church Street, Room 3-132
                                          New York, New York 10007
                                          (212) 356-3514

                                          By:         /s/
                                                  Peter J. Fogarty
                                                *Assistant Corporation Counsel*

cc: <u>VIA ECF</u>
Wylie M. Stecklow, Esq.
Steclow & Thompson
*Attorneys for Plaintiff*
217 Centre Street, 6th Floor
New York, New York 10013