UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EASHWAR ASHMID, *et ano.*,          :

                    Plaintiffs,          :          16cv4276

                -against-          :          <u>ORDER</u>

THE CITY OF NEW YORK, *et al.*,          :

                    Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WILLIAM H. PAULEY III, District Judge:

        Plaintiffs are ordered to show cause why this case should not be transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a) or 28 U.S.C. § 1406(a). If Plaintiffs do not consent to the transfer, they shall submit memoranda by July 8, 2016 setting forth the reasons why venue is proper in this district and why transfer would not promote convenience and the interests of justice.

Dated:    June 23, 2016
             New York, New York

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                                 U.S.D.J.

*All Counsel of Record via ECF.*